UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUART S. STREETER, | : | |
| Plaintiff | : | No. 3:12-CV-267 |
| v. | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Nealon) |
| Defendant | : | |

FILED SCRANTON
OCT 3 1 2013
PER _____ DEPUTY CLERK

## ORDER

**NOW**, this 31st day of October, 2013, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Stuart S. Streeter.

2. The decision of the Commissioner of Social Security denying Stuart S. Streeter disability insurance benefits and supplemental security income benefits is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**